# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## DOCUMENT COVER SHEET

DATE: 09/28/99

3:99-cv-00801 1 - 1

DEPUTY CLERK: kc

# "UNITED STATES DISTRICT COURT"
## MIDDLE DISTRICT OF LOUISIANA

No. _____ Division _____ Docket: 99-801-C-M1

Maggie D. ROMERO, Rita R. DURAND, Amanda Claire BOURQUE, Taylor Scott BOURQUE, Maggie Claire BERGERON, Ellis J. BOURQUE, And Scott J. BOURQUE

## VERSUS

United States of America (All Government Agencies, Courts, Justice's, Magistrate's, Judge's, D.A.'s, Etc., And All Employee's Thereof); State of Louisiana (All Government Agencies, Courts, Justice's, Judge's, D.A.'s, Etc., And All Employee's There of); Louisiana State Prison and Department of Corrections (All Employees, Their Families, Etc., since April 16, 1990); Parishes of Vermilion, Lafayette, St. Martin, St. Mary, Iberia, Jefferson, Calcausieu, West Feliciana, East Baton Rouge, Etc., (All Federal & State Employee's, Justice's, Magistrate's, Judge's, D.A.'s, Sheriff's, Coroner's, Police Chief's, Etc., And All Employee's); All Telephone System's Used (In All Parish Jails & Prison since April 16, 1990, And All Employee's); LandOwner Of Property (Of the Louisiana State Penitentiary, And All Employee's); All Incompetent Indigent Attorney's (Involved in the (Criminal Case of Scott J. BOURQUE), And All Their Employee's Including Investigator's); Loyola University (And All Employee's); All State & Defense's Psychiatrist's And Psychologist's Used (And All Employee's); All Medical, Dental, & Physical Personnel (And All Employee's); State of Mississippi (All Government Agencies, All Employee's, Etc.,); Incompetent Attorney Thomas E. Guilbeau (And All Employee's, Etc.,); All Who Had Anything To Do With Me, My Family, My Case, Etc., (And All Employee's); All The Families Of All Above (For Knowing About Atrocities):

*Same Racist Homosexual Guards And Their Gal Boy Rats Lying & Stealing Here!*

Filed: _____ S/ _____

## ORIGINAL PETITION

The Petition of Scott J. BOURQUE, Maggie D. ROMERO, Rita R. DURAND, Ellis J. BOURQUE, Appearing As Natural Person's of the Full Age of Majority, Domiciled in the State of Louisiana, and of Amanda Claire BOURQUE, Appearing Individually, And as Natural Mother of her minor son And Daughter, Taylor Scott BOURQUE And Maggie Claire BERGERON, Respectfully Represents:

(1)

The Defendants, are the United States of America (All Government Agencies, Court's, Justice's, Magistrate's, Judge's, D.A.'s, Etc., And All Employee's Thereof); State of Louisiana (All Government Agencies, Court's, Justice's, Judge's, D.A.'s, Etc., And All Employee's Thereof); Louisiana State Prison And Department of Corrections (All Employee's, Their Families, Etc., Since April 16, 1990); Parishes of Vermilion, Lafayette, St. Martin, St. Mary, Iberia, Jefferson, Calcasieu, West Feliciana, East Baton Rouge, Etc. (All Federal & State Employee's, Justice's, Magistrate Judge's, D.A.'s, Sheriff's, Coroner's, Police Chief's, Etc., And All Employee's); All Telephone System's Used (In All Parish Jails & Prisons since April 16, 1990, And All Employee's); Landowner of Property (Of the Louisiana State Penitentiary, And All Employee's); All Incompetent Indigent Attorney's (Involved in the (Criminal Case of Scott J. Bourque), And All Their Employee's Including Investigators); Loyola University (And All Employee's); All State & Defense's Psychiatrist's And Psychologist's Used (And All Employee's); All Medical, Dental, & Physical Personnel (And All Employee's); State of Mississippi (All Government Agencies, All Employee's, Etc.); Incompetent Attorney Thomas E. Guilbeau (And All Employee's, Etc.); All Who Had Anything To Do With Me, My Family, My Case, Etc., (And All Employee's); All The Families Of All Above (For Knowing About Atrocities); Individuals, Governmental, & Private Entities, Owes Petitioners Individually, And in Solido for All Atrocities Committed Since April 16, 1990, And for All Harrassment, Torture, Etc., Causing Pain, Suffering, Stress, Grief, Etc.,

(2)

As will Appear from the Itemized Records to be Supplemented to this Petition, Defendants Owe Petitioners Over — $999,000,000,000,000,000,000.00 Dollars for All Atrocities since April 16, 1990 Against All Petitioners. And for All Harrassment, Torture, Etc., Causing Pain, Suffering, Stress, Grief, Etc.;

(3)

All Supporting Evidence Will Be Supplied By Legal Council In A Supplemental Petition! Being Declared Indigent By All Court's & In All Proceedings, I Need Attorney Minos Simon or Robert Shelton, of Lafayette, Appointed As My Indigent Attorney! Of course, you can Appoint Me, with Steve Fontenot Appointed As My Paralegal, And Hubert & Chip Romero Appointe

as my Investigator, All From Lafayette!

Wherefore, Petitioners Pray This Court will Grant All Relief Sought In Favor Of Petitioners Against All Defendants!

Notary Public/Ex-Officio:
Thomas J. Bath, III
9/27/99

Respectfully Submitted:
Scott J. Bourque
Scott J. Bourque #76281
Front Gate (Death Row) B-15 Lower
La. State Prison
Angola, La. 70712

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that All Defendants Herein have been served with True Copies of the foregoing by Placing Same in the United States Mail, Properly Addressed, And U.S. Postage Prepaid at _____, Louisiana, on the ____ Day of _____, 1999!

Attorney Appointed: _____